Stacy H. Rubin (SBN 228347)
rubins@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135-2958
Telephone: 702.471.7000
Facsimile: 702.471.7070

Attorneys for Defendant NetCredit Loan Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOSSOM REYES-SORIANO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NETCREDIT LOAN SERVICES, LLC,<br><br>　　　　　　　Defendant. | Case No.: 2:20-cv-01395-MCE-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to L.R. 144, Plaintiff Blossom Reyes-Soriano ("Plaintiff") and Defendant NetCredit Loan Services, LLC ("Defendant"), by and through their counsel of record, hereby agree and stipulate to extend Defendant's time to respond to Plaintiff's Complaint from August 4, 2020 to September 1, 2020.  Plaintiff is amenable to allowing Defendant a brief extension of time to evaluate the matter and provide the appropriate response to Plaintiff's Complaint.  This is Defendant's first request for an extension.

DMWEST #40339774 v1                    1

Accordingly, Plaintiff and Defendant hereby stipulate that Defendant shall file its response to Plaintiff's Complaint on or before September 1, 2020.

**IT IS SO STIPULATED.**

Dated:  July 27, 2020

BALLARD SPAHR LLP

*/s/ Stacy H. Rubin*
Stacy H. Rubin, Esq.
Attorneys for Defendant NetCredit Loan Services, LLC

Dated:  July 27, 2020

GALE, ANGELO, JOHNSON, & PRUETT, P.C.

*/s/ Joe Angelo*
Joe Angelo, Esq.
Attorneys for Plaintiff Blossom Reyes-Soriano

## **ORDER**

Based upon the parties' above Stipulation Extending Time for Defendant to Respond to Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Defendant shall file its response to Plaintiff's Complaint on or before September 1, 2020.

IT IS SO ORDERED.

Dated:  July 28, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE