Stacy H. Rubin (SBN 228347)
rubins@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135-2958
Telephone: 702.471.7000
Facsimile: 702.471.7070

Attorneys for Defendant NetCredit Loan Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOSSOM REYES-SORIANO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NETCREDIT LOAN SERVICES, LLC,<br><br>　　　　　　　Defendant. | Case No.: 2:20-cv-01395-MCE-CKD<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

Defendant NetCredit Loan Services, LLC ("Defendant"), by and through its counsel of record, having filed its unopposed Ex Parte Application Extending Time for Defendant to Respond to Plaintiff's Complaint (the "Ex Parte Application"), the Court having reviewed and considered the same, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Ex Parte Application is GRANTED; and

2. Defendant shall file its response to Plaintiff's Complaint on or before October 1, 2020.

**IT IS SO ORDERED.**

Dated:  September 3, 2020

　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE