Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Blossom Reyes-Soriano

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| BLOSSOM REYES-SORIANO,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>NETCREDIT LOAN SERVICES, LLC<br>　　　　Defendant. | Case No.: 2:20-cv-01395-MCE-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, NC Financial Solutions of California, LLC d/b/a NetCredit (incorrectly named in the Complaint as "NetCredit Loan Services, LLC") is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE